DANIEL R. BARADAT, #068651
Baradat & Paboojian, Inc.
720 West Alluvial Avenue
Fresno, California 93711-5705
Telephone:  (559) 431-5366
Facsimile:   (559) 431-1702
drb@bplaw-inc.com

Attorneys for Plaintiffs, ALEXUS M. LOPEZ, STEVEN LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ALEXUS M. LOPEZ, STEVEN LOPEZ,<br><br>                Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO.<br><br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

Plaintiffs complain of the defendant and allege, as follows:

**INTRODUCTION**

1.      On September 28, 2018, ALEXUS M. LOPEZ was driving a motor vehicle owned by her father, STEVEN LOPEZ, westbound on Idaho Avenue in Kings County.  Upon reaching the intersection of Idaho Avenue and 17th Avenue, Plaintiff, ALEXUS M. LOPEZ had the right-of-way, as there was no stop sign for her direction of travel.  At said time and place, Joshua John Golden, who was operating a United States Postal Service mail truck in the course and scope of his employment with the United States Postal Service (USPS) was northbound on 17th Avenue in Kings County.

2.      There was a stop sign for the USPS vehicle's direction of travel, and Joshua John Golden, stopped for the stop sign, but failed to remain stopped there.  He drove his USPS vehicle into the intersection causing the subject motor vehicle accident.

1    3.   Defendant UNITED STATES OF AMERICA, through the USPS, negligently employed, supervised, operated, maintained and drove the USPS vehicle which caused the motor vehicle accident and Plaintiffs' damages.

## JURISDICTION AND VENUE

4.   This action is properly filed in this Court pursuant to 28 U.S.C. §1402(b), within the judicial district wherein the act or omission complained of occurred. Pursuant to 28 U.S.C. 1346(b)(1), jurisdiction is properly vested in this Court (Federal Tort Claims Act).

5.   Plaintiffs bring this action pursuant to 28 U.S.C. § 1346(b) and 28 U.S.C. § 2674 (Liability of the United States). Plaintiffs, and each of them, have properly complied with 28 U.S.C. § 2675 in that Plaintiffs, and each of them, presented claims to the UNITED STATES OF AMERICA, USPS, which were deemed denied on or about April 30, 2019. The injuries and damages claimed in this complaint are those asserted in the plaintiffs' claims.

6.   Venue is proper pursuant to 28 U.S.C. § 1391in that the events or omissions giving rise to the claim occurred within the Eastern District of California.

## PARTIES

7.   Plaintiffs are, and at all relevant times were, natural persons and citizens and residents of the United States of America.

8.   The claims for personal injuries of ALEXUS M. LOPEZ and for property damage and loss of use of STEVEN LOPEZ are aligned.

9.   The USPS is, and at all relevant times, was a federal executive agency or department as described in Title 16 United States Code § 1, *et. seq*.

## FACTUAL BACKGROUND

10.   At all times herein, the USPS vehicle was owned, operated, managed and to be maintained by the UNITED STATES OF AMERICA through the USPS. Further, at all times mentioned herein, Joshua John Golden, was operating a USPS vehicle in the course and scope of his employment with the USPS. The UNITED STATES OF AMERICA owed to persons on the roadways a duty of care to operate said vehicle in a safe, lawful and reasonable manner.

11. On September 28, 2018, Plaintiff, ALEXUS M. LOPEZ, was driving her father's vehicle to school, westbound on Idaho Avenue, in Kings County, California. Joshua John Golden, during the course and scope of his employment, negligently failed to remain stopped for a posted stop sign and violated Plaintiff, ALEXUS M. LOPEZ' right-of-way causing an accident.

12. As a direct, legal and proximate result of Defendant's acts and omissions alleged herein, Plaintiffs, ALEXUS M. LOPEZ and STEVEN LOPEZ, suffered significant economic and non-economic damages, including but not limited to ongoing medical expenses, physical pain and suffering, emotional distress, disability, lost wages and property damage.

### FIRST CAUSE OF ACTION (NEGLIGENCE)

13. Plaintiffs hereby re-allege and incorporate by reference each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

14. Plaintiffs' perfected administrative government claim was deemed rejected by the passage of time by the UNITED STATES OF AMERICA by and through the USPS on or about April 30, 2019.

15. At all times mentioned herein, the UNITED STATES OF AMERICA owned, operated, controlled and maintained the USPS vehicle operated by Joshua John Golden on September 28, 2018.

16. The negligent acts committed by Joshua John Golden, in the course and scope of his employment with the USPS are attributable to the UNITED STATES OF AMERICA.

17. The negligence and carelessness described herein did not involve social, economic, political or other policy considerations, but rather reflect the failure to comply with the UNITED STATES OF AMERICA's own reasonable safety standards, regulations and practices.

18. The UNITED STATES OF AMERICA's negligence was a substantial factor in causing Plaintiffs' harm.

19. Plaintiffs are informed and believe and thereon allege that they will continue to incur various losses and expenses to be proved at the time of trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and each of them pray for judgment against Defendant as follows:

a. For economic damages to Plaintiffs in an amount to be established at the time of trial;

     b.     For general damages to Plaintiff, ALEXUS M. LOPEZ, in an amount to be established at the time of trial;

     c.     For costs of suit herein; and

     d.     For such other and further relief as the Court may deem proper.

## **JURY DEMAND**

Plaintiffs demand a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: June 7, 2019                                  BARADAT & PABOOJIAN, INC.

                                                      By:   /s/ Daniel R. Baradat
                                                               DANIEL R. BARADAT
                                                               Attorney for Plaintiffs,
                                                               ALEXUS M. LOPEZ, STEVEN LOPEZ