MCGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900
Dean.Carter@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXUS M. LOPEZ, STEVEN LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.:  1:19-cv-00804-NONE-BAM<br><br>**STIPULATION AND<br>ORDER TO EXTEND DISCOVERY<br>DEADLINES** |

The parties submit the following stipulation to extend the remaining discovery deadlines in this matter.  Pursuant to Fed. R. Civ. P. 16(b)(4), and as set forth in the attached Declaration of W. Dean Carter, good cause exists to extend these remaining deadlines.  Despite the diligence of the parties, further discovery is needed because Plaintiff Alexus Lopez is continuing to seek medical attention for injuries she alleges were caused by Defendant.  Specifically, Plaintiff may require further surgery for her injury, but will not know until a physician appointment scheduled next month.  Additionally, because the possibility of surgical intervention has impeded ongoing settlement negotiations, the parties believe that additional time for discovery will assist with the potential resolution of this case.

STIPULATION AND ORDER

1

Accordingly, by and between the parties and subject to Court approval,

IT IS HEREBY STIPULATED that the following deadlines be extended by **ninety (90) days**:

| Discovery matter | Original deadline | New deadline |
| --- | --- | --- |
| Plaintiffs' Expert Disclosure | December 11, 2020 | March 11, 2021 |
| Defendant's Expert Disclosure | February 26, 2021 | May 27, 2021 |
| Supplemental Expert Disclosure | March 26, 2021 | June 24, 2021 |
| Non-expert Discovery Cutoff | December 4, 2020 | March 4, 2021 |
| Expert Discovery Cutoff | May 28, 2021 | August 26, 2021 |
| Pretrial Motion Filing Deadline | June 25, 2021 | September 23, 2021 |

Dated: November 25, 2020       MCGREGOR W. SCOTT
                               United States Attorney

                        By:    */s/ W. Dean Carter*
                               W. DEAN CARTER
                               Assistant United States Attorney

                               Attorneys for Defendant
                               United States of America

Dated: November 25, 2020       BARADAT & PABOOJIAN, INC.

                        By:    */s/ Kevin B. Kalajian (authorized on 11.24.20)*
                               Kevin B. Kalajian
                               Daniel R. Baradat

                               Attorneys for Plaintiffs
                               Alexus Lopez, Steven Lopez

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court's Scheduling Order issued on October 17, 2019, is HEREBY MODIFIED as follows:

Plaintiffs' Expert Disclosure:       March 11, 2021

Defendant's Expert Disclosure:       May 27, 2021

STIPULATION AND ORDER                                        2

| | |
|---|---|
| Supplemental Expert Disclosure: | June 24, 2021 |
| Non-expert Discovery Cutoff: | March 4, 2021 |
| Expert Discovery Cutoff: | August 26, 2021 |
| Pretrial Motion Filing Deadline: | September 23, 2021 |

All other deadlines in the Court's Scheduling Order, including the September 28, 2021 pretrial conference and the November 16, 2021 bench trial, remain as scheduled.  (Doc. No. 11.)  Any request to continue the pretrial conference or trial deadlines must be supported by a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **November 30, 2020**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                                    3