PHILLIP A. TALBERT
Acting United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900
Dean.Carter@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXUS M. LOPEZ, STEVEN LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.:  1:19-cv-00804-NONE-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE AND RESET PRETRIAL CONFERENCE** |

The parties submit the following stipulation to schedule a settlement conference before the Honorable Carolyn K. Delaney, Magistrate Judge, on October 8, 2021 at 9:30 a.m.  The Court will issue a schedule for submission of Confidential Settlement Conference Statements.

Accordingly, IT IS HEREBY STIPULATED that a settlement conference be set for October 8, 2021, before Judge Delaney.

The parties additionally request that the Court vacate and reset the Pretrial Conference currently set for October 1, 2021 at 1:30 p.m.  Good cause exists to reset this hearing.  Specifically, resetting this hearing to a date after the parties' settlement conference will allow the parties to focus their efforts on resolving this case rather than preparing for trial.

Dated:  September 13, 2021         PHILLIP A. TALBERT
                                   Acting United States Attorney

                             By:   */s/ W. Dean Carter*
                                   W. DEAN CARTER
                                   Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER                    1

| | |
|---|---|
| Dated:  September 13, 2021 | BARADAT & PABOOJIAN, INC. |
| | By:  */s/ Adam Stirrup (authorized on 9/13/21)*<br>Adam Stirrup<br>Daniel R. Baradat |
| | Attorneys for Plaintiffs |

**O R D E R**

Pursuant to the parties' stipulation,

**IT IS HEREBY BY ORDERED** that the parties' stipulation for a settlement conference before the Honorable Carolyn K. Delaney is **APPROVED**.

**IT IS FURTHER ORDERED** that the pretrial conference set for October 1, 2021 at 1:30 p.m. is hereby **VACATED** and **RESET** to **November 19, 2021, at 1:30 p.m. before District Judge Dale A. Drozd**.  The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **September 13, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER                               2