Daniel R. Baradat, No. 68651
drb@bplaw-inc.com
Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Adam B. Stirrup, No. 257683
abs@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for ALEXUS M. LOPEZ and STEVEN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALEXUS M. LOPEZ; STEVEN LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-CV-00804-None-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING DISPOSITION DOCUMENTS** |

Plaintiffs, Alexus M. Lopez and Steven Lopez, and Defendant, the United States of America, stipulate and request that the Court continue the deadline to file disposition documents (*see* Order, ECF No. 30) from November 8, 2021, to December 8, 2021.

The parties have executed the Stipulation of Settlement and Dismissal with Prejudice. However, the parties continue to await payment of the settlement funds.

Defendant, the United States of America advised that the settlement check has been requested and has indicated that it should take about three weeks to issue the settlement check. Therefore, the parties request the deadline to file disposition documents be extended to allow time for Defendant to complete payment of the settlement.

///

///

///

1

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING DISPOSITION DOCUMENTS

IT IS SO STIPULATED.

DATED: October 27, 2021                             BARADAT & PABOOJIAN, INC.

By: /s/ Adam B. Stirrup
Daniel R. Baradat
Warren R. Paboojian
Adam B. Stirrup
Attorneys for ALEXUS M. LOPEZ and
STEVEN LOPEZ

DATED: October 27, 2021

By: /s/ W. Dean Carter [as authorized 10/27/21]
Phillip A. Talbert
W. Dean Carter
Attorneys for Defendant,
UNITED STATES OF AMERICA

**ORDER**

Having considered the stipulation of the parties and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to December 8, 2021.

IT IS SO ORDERED.

Dated: **November 1, 2021**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE